# ATTACHMENT C

# Eric L. Lewis

| | |
|---|---|
| **From:** | Brooker, Stephanie <Stephanie.Brooker@fincen.gov> |
| **Sent:** | Wednesday, September 16, 2015 10:12 PM |
| **To:** | Eric L. Lewis |
| **Cc:** | May, Richard; Scheinert, Lawrence; McCleskey, Claire; Levine, Laurence; Brooker, Stephanie |
| **Subject:** | RE: Banca Privada d'Andorra |

Dear Eric –

Thank you for your letters dated September 4, 2015 and July 22, 2015. In accordance with the Administrative Procedure Act, these letters will be made available to the public through publication on www.regulations.gov, along with other comments received during the comment period, unless you inform us in writing that you object to publication of any portions of these letters or their attachments. This objection may be based, for example, on your assertion that the letters or their attachments contain confidential business information, proprietary business information, or trade secrets. Please let us know any such objection by September 30, 2015 and specify the reason for it. If a specific response to your letters is appropriate, you will receive it by a separate communication.

Thank you,

Stephanie


Stephanie Brooker
Director, Enforcement Division
Financial Crimes Enforcement Network (FinCEN)
U.S. Department of the Treasury


**From:** Eric L. Lewis [mailto:Eric.Lewis@lewisbaach.com]
**Sent:** Wednesday, September 16, 2015 3:43 PM
**To:** Brooker, Stephanie <Stephanie.Brooker@fincen.gov>; Shasky Calvery, Jennifer <Jennifer.Calvery@fincen.gov>
**Subject:** RE: Banca Privada d'Andorra

Dear Stephanie
Perhaps it would be useful to have a meeting in the next week or so? Please let me know if your team is willing to meet in the near term. Also, do you know (or can you let me know) whether you are planning to reply to my letter?
Best regards,
Eric

Eric L. Lewis
**Lewis | Baach** pllc

1

1899 Pennsylvania Ave., NW
Suite 600
Washington, DC 20006
202.659.7203 direct dial

Bio | Email | Website | vCard

*This communication is confidential and may contain privileged information. If you have received this communication in error, please delete it and advise the sender by reply e-mail. Thank you.*

---

**From:** Brooker, Stephanie [mailto:Stephanie.Brooker@fincen.gov]
**Sent:** Friday, September 04, 2015 6:51 PM
**To:** Eric L. Lewis; Shasky Calvery, Jennifer
**Cc:** Greg Lowman (gregl@sphereconsulting.com)
**Subject:** RE: Banca Privada d'Andorra

Thank you.

Stephanie Brooker
Director, Enforcement Division
Financial Crimes Enforcement Network (FinCEN), U.S. Treasury Department
(202) 354-6399
Stephanie.Brooker@fincen.gov

**From:** Eric L. Lewis [mailto:Eric.Lewis@lewisbaach.com]
**Sent:** Friday, September 04, 2015 12:50 PM
**To:** Shasky Calvery, Jennifer <Jennifer.Calvery@fincen.gov>; Brooker, Stephanie <Stephanie.Brooker@fincen.gov>
**Cc:** Greg Lowman (gregl@sphereconsulting.com) <gregl@sphereconsulting.com>
**Subject:** Banca Privada d'Andorra

Please see the attached.