**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| RAMON CIERCO, HIGINI CIERCO, SUCCESSORS D'HIGINI CIERCO GARCIA, S.A., and CIERCO MARTINEZ 2 2003, S.L. In each Plaintiff's Personal Capacity and Derivatively on Behalf of Themselves and All Others Similarly Situated,<br><br>          Plaintiffs,<br><br>     v.<br><br>JACOB LEW, in his official capacity as Secretary of the Treasury, *et al.*,<br><br>          Defendants. | Civil Action No. 15-cv-1641 |

## NOTICE OF APPEARANCE

TO THE CLERK:

PLEASE TAKE NOTICE that Aaron T. Wolfson, admitted *pro hac vice*, hereby enters an appearance in this action on behalf of Plaintiffs Ramon Cierco; Higini Cierco; Successors d'Higini Cierco Garcia, S.A.; and Cierco Martinez 2 2003, S.L.

Dated:   October 22, 2015                    Respectfully submitted,

/s/ Aaron T. Wolfson
Aaron T. Wolfson (admitted *pro hac vice*)
LEWIS BAACH PLLC
The Chrysler Building
405 Lexington Avenue, 62nd Floor
New York, New York 10174
(212) 826-7001
Aaron.Wolfson@lewisbaach.com

*Counsel for Plaintiffs*