# EXHIBIT 3



CONSULATE GENERAL OF THE
UNITED STATES OF AMERICA

NOTE VERBALE

No. 151/2014

At the request of the Embassy of the United States of America in Madrid, the Consulate General in Barcelona presents its compliments to the Ministry of Foreign Affairs of the Principality of Andorra and has the honor to draw the Ministry's attention to the enclosed non-paper regarding Andorra's anti-money laundering and countering terrorist financing regime.

On behalf of the Embassy, the Consulate General reiterates to the Ministry assurances of its highest consideration.

Consulate General of the United States of America

Barcelona, August 26, 2014

## Andorra's Legal Anti-Money Laundering and Countering Terrorist Financing Regime

We recognize that your Government has made progress in strengthening Andorra's legal anti-money laundering and countering terrorist financing (AML/CFT) regime over the last seven years.

While we welcome the progress in your AML/CFT regime, including the establishment of the Andorran National Institute of Finance and the Andorran Financial Intelligence Unit, we remain concerned illicit financial actors are exploiting vulnerabilities in Andorra's AML/CFT regime.

In particular, illicit actors appear to be using Andorra as a key node for the placement of illicit proceeds into the international financial system. As seen in press reports, in November 2013 the Netherlands and Spain disrupted the money laundering activities of a network that had deposited approximately 16 million Euros of drug proceeds into bank accounts in Andorra. We ask Andorran authorities to remain vigilant of the money laundering threat, especially the threat from transnational criminal organizations and drug traffickers.

Consistent with international standards, countries should have measures in place to detect the physical transportation of currency. MONEYVAL noted the lack of measures to report cross-border currency movements creates vulnerabilities in Andorra's AML/CFT regime. We urge the Andorran government to implement as soon as possible the necessary authorities recommended by MONEYVAL to remedy these deficiencies.

Most MONEYVAL countries also have cash transaction reporting requirements for financial institutions to report deposits or withdrawals over a certain threshold. Consistent with the MONEYVAL report conclusions, the absence of these requirements for cash deposits at Andorran financial institutions allows illicit actors to place cash into Andorran banks, and transfer the cash worldwide—with limited regulatory and supervision scrutiny. This type of activity poses a threat to the international financial system.

Due to the specific cash placement vulnerabilities identified in Andorra, the U.S. urges you seriously to consider the feasibility and utility of a system whereby banks and other financial institutions and intermediaries report all domestic and international cash deposits and withdrawals above a fixed amount, to a central national agency with a computerized data base. This database can then be made available to competent authorities for use in money laundering or terrorist financing cases, subject to strict safeguards to ensure proper use of the information. We believe this, along with cross-border cash movement reporting would be an important step to helping financial institutions and the government of Andorra identify illicit proceeds.