# EXHIBIT 4



**Govern d'Andorra**
Ministeri d'Afers Exteriors

NV US. 13/14

## NOTA VERBAL

El Ministerio de Asuntos Exteriores del Principado de Andorra saluda atentamente al Consulado General de los Estados Unidos de América y tiene el honor de hacer referencia a la Nota Verbal 151/14 de este Consulado, en la cual se adjuntaba un documento relativo al blanqueo de dinero y la lucha contra el régimen de financiación del terrorismo.

En este sentido, el Ministerio de Asuntos Exteriores del Principado de Andorra tiene el honor de adjuntar a la presente, el documento en respuesta la mencionada Nota Verbal, de 26 de agosto de 2014.

El Ministerio de Asuntos Exteriores del Principado de Andorra aprovecha la ocasión para expresar al Consulado General de los Estados Unidos de América el testimonio de su más alta consideración.

Andorra la Vella, 22 de septiembre de 2014





CONSULADO GENERAL DE LOS ESTADOS UNIDOS DE AMÉRICA

BARCELONA

Government of Andorra

Ministry of Foreign Affairs

NV US. 13/14

### VERBAL NOTE

The Ministry of Foreign Affairs of the Principality of Andorra sends its compliments to the Consulate General of the United States of America and has the honor to refer to the Verbal Note 151/14 of the Consulate, in which a document relating to money laundering and the fight against terrorism financing was attached.

In this regard, the Ministry of Foreign Affairs of the Principality of Andorra has the honor to enclose herewith the document in response to said Verbal Note, of 26 August 2014.

The Ministry of Foreign Affairs of the Principality of Andorra appreciates the opportunity to express to the Consulate General of the United States of America the assurances of its highest consideration.

Andorra la Vella, 22 September 2014

CONSULATE GENERAL OF THE UNITED STATES OF AMERICA

BARCELONA

The Government of Andorra takes good note of the Note Verbal 151/2014 sent on August 26, 2014 enclosing a non-paper regarding Andorra's anti-money laundering and countering terrorist financing regime. First of all, having carefully considered the recommendations mentioned in the non-paper, the Government of Andorra would like to, express its appreciation for the concern and the work done by the United States of America in order to encourage our common fight against illicit proceeds.

The Government of Andorra would like to take this opportunity to comment and add some valuable information, regarding the press report mentioned in the initial part of the American non-paper. A case published in the newspapers is used as an example of money laundering using Andorran financial entities. Andorra considers, this case is, in fact, a good example of the commitment of Andorran institutions with the global fight against money laundering. As mentioned in the Eurojust website, -Eurojust supported and coordinated judicial and law enforcement authorities in the Netherlands-, Andorra and Spain in Operation Sunbird, a successful joint operation to disrupt money laundering activities.

This operation took place on 6 November 2013 in all three countries simultaneously and was carried out in the Netherlands by the Dutch National Police; in Andorra by the Investigating Judge, the Public Prosecutor and the Policia d'Andorra; and in Spain by the Investigating Judges of Villajoyosa (Alicante) and Marbella with the assistance of the Guardia Civil and the Policia Nacional under the coordination of the International Cooperation Delegates in the Prosecution Offices of Alicante and Málaga.

A coordination meeting between the Netherlands, Spain and Andorra was held at Eurojust in September 2013. An operational coordination centre was set up on the action day, run by Eurojust's Dutch and Spanish Desks with the assistance of the Case Analysis Unit.

Mr.KoenHermans, Assistant to the National Member for the Netherlands, commented: "This is an excellent example of a well-prepared case that reached a successful conclusion. The success of the operation also shows how formidable Eurojust's assistance in coordinating and supporting judicial authorities in the Member States and in facilitating cooperation with third States can be. With the addition of Andorra, a non-Member State, we've sent a strong signal that criminals are not safe if they hide outside the European Union."

On a broader perspective, in the last years the Principality of Andorra has achieved very important progress in its AML/CFT regime, which has been demonstrated in several Moneyval evaluations, included in the recent progress

report of the 4th mutual evaluation of Andorra, which was adopted by the Moneyval Plenary on March 31, 2014.

The non-paper seems to be based on Moneyval's 4th Mutual Evaluation report adopted in March 8, 2012. Since then, the Principality of Andorra has implemented important legislative amendments in accordance with the recommendations made by the Moneyval evaluation team and with the commitments taken under the Monetary Agreement with the European Union, approved by the Andorran Parliament on November 24, 2011, and published in the Official Gazette (BOPA) on December 22, 2011 and that entered into force on April 1, 2012.

On the basis of article 8 of the Monetary Agreement, "Andorra shall undertake to adopt all appropriate measures, through direct transposition or possibly equivalent actions, with a view to implementing the EU legal acts and rules listed in the Annex to this Agreement in the field of: (...) c) prevention of money laundering(...)".

It should be noted that among the EU legal acts transposed and implemented in the Andorran legislation through Law 20/2013, of 10 October, amending the Law on international cooperation in criminal matters and the fight against money laundering and against the financing of terrorism, of 29 December 2000 ("LCPI") there are the Directive 2005/60/EC of the European Parliament and the Council of 26 October 2005 on the prevention of the use of the financial system for the purpose of money laundering and terrorist financing and Regulation (EC) No 1889/2005 of the European Parliament and of the Council of 26 October 2005 on control of cash entering or leaving the Community.

The above mentioned Law 20/2013 entered into force on October 31, 2013, and since then any natural person entering or leaving the country carrying EUR 10,000 or more must declare that sum to the Andorran Customs. Notwithstanding the obligation to declare, if the cash is suspicious of being related to money laundering or terrorist financing, Customs officials must report this fact to the Financial Intelligence Unit (FIU) and the Police.

Although Andorra has not yet implemented a cash transaction reporting regime, like many other small jurisdictions, we would like to emphasize that Andorran financial entities are aware of the risk that cash transactions may suppose and a special scrutiny is applied, and if any suspicions of money laundering or financing of terrorism appears then the transaction is immediately reported to the FIU under the suspicious transaction reporting process. Also, the FIU, in its quality of supervisory body, has issued technical communiqués to all reporting entities insisting that cash operations should be closely monitored.

According to the European Commission assessment the Andorran legal transposition of the aforementioned legal acts is equivalent to the EU legislation on AML/CFT. If required, we could provide a written confirmation of this assessment.

Regarding the supervisory regime of all financial entities related with AML/CFT, the FIU has already taken appropriate measures to mitigate this deficiency. In this sense, the off-site supervision has been strengthened by applying a risk-based approach, and in-creasing the number of samples to be analysed by external auditors. Furthermore, from 2012 to 2014, on-site inspections were performed by the members of the FIU. As a matter of evidence, the FIU estimates, according to its program, to perform on-site inspections to 9 financial entities (banking and non-banking) during this current year 2014, which approximately constitutes a 35% of the total number of financial reporting entities (5 banking groups, 6 non-banking entities, 2 postal service offices, 11 life insurance companies)

In addition, it should be noted that the supervision on a consolidated basis over all Andorran financial entities is exercised by the Andorran National Institute of Finance (INAF), which is the Andorran Financial Services Authority. As established in Law 10/2013, on the INAF, the INAF is a public entity with its own legal status and full capacity to operate either publicly or privately, and is responsible, inter alia, for the regulation and supervision on a consolidated basis of banking and financial institutions, in-vestment services firms and collective investment schemes and any other financial activities carried out in Andorra in order to ensure compliance with the legislation applicable to these entities, including accounting regulation. INAF's supervision is exercised applying the Core Principles for Effective Banking Supervision and the Principles for the Supervision of Financial Conglomerates, both issued by the Basel Committee on Banking Supervision.

In this context, the INAF has signed different Memorandums of Understanding (MoU) with foreign financial services supervisory authorities. Furthermore, the INAF is an IOSCO Ordinary member and an IOSCO MoU signatory since September 2013.

Andorra would like to inform that on November 30, 2012 the INAF and the FIU concluded a MoU in order to strengthen the already existing domestic cooperation between the-se two authorities and in order to strengthen the exchange of relevant information and experiences for a correct and efficient exercise of their respective supervisory duties.

The Government of Andorra would like to underline that that the above mentioned in-formation is not an exhaustive list of all the measures taken but just a part of them, proving that the Principality of Andorra is very seriously engaged with the fight against money-laundering and countering terrorist

financing. However, it is the will of the Government of Andorra to further strengthen its AML/CFT regime, in particular adopting international recommendations, included those mentioned in the American non-paper.