**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| RAMON CIERCO, HIGINI CIERCO, SUCCESSORS D'HIGINI CIERCO GARCIA, S.A., and CIERCO MARTINEZ 2 2003, S.L. in each Plaintiff's Personal Capacity and Derivatively on Behalf of Themselves and All Others Similarly Situated,<br><br>   Plaintiffs,<br><br>  v.<br><br>JACOB LEW, in his Official Capacity as Secretary of the Treasury, *et al.*,<br><br>   Defendants. | Civil No. 15-cv-1641(JEB) |

## NOTICE OF FILING

In Defendants' most recent filing they attach correspondence from A. Katherine Toomey to Jennifer Shasky Calvery dated November 23, 2015 regarding the parties' interpretation of LCvR 7(n)(1).  *See* ECF #24 at 8; ECF #24-1.  Defendants characterize their response to the letter but attach neither their response, nor Ms. Toomey's reply thereto.  *See* ECF 24 at 8-9.  To ensure that the complete record is before the Court, Plaintiffs respectfully submit herewith the additional correspondence.  Attached hereto as Exhibit A is Eric B. Beckenhauer's December 1, 2015 response to Ms. Toomey's November 23, 2015 letter.  Ms. Toomey's response to Mr.

Beckenhauer's December 1 letter is attached hereto as Exhibit B.

                Respectfully submitted,

By: /s/ Eric L. Lewis
    Eric L. Lewis (DC Bar #394643)
    *eric.lewis@lewisbaach.com*
    A. Katherine Toomey (DC Bar #426658)
    *katherine.toomey@lewisbaach.com*
    LEWIS BAACH PLLC
    1899 Pennsylvania Avenue, NW, Suite 600
    Washington, DC 20006
    (202) 833-8900

    Aaron T. Wolfson *(pro hac vice)*
    *aaron.wolfson@lewisbaach.com*
    LEWIS BAACH PLLC
    405 Lexington Avenue, 62nd Floor
    New York, NY 10174
    (212) 826-7001

Dated: December 16, 2015        *Attorneys for Plaintiffs*