IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RAMON CIERCO, <u>et al.</u>,<br><br>    Plaintiffs,<br><br>    v.<br><br>JACOB LEW, in his official capacity as Secretary of the Treasury, <u>et al.</u>,<br><br>    Defendants,<br><br>    and<br><br>BANCA PRIVADA D'ANDORRA S.A., in receivership,<br><br>    Nominal Defendant. | Civil Action No. 15-1641 (JEB) |

### MOTION TO DISMISS BY DEFENDANTS JACOB LEW, U.S. DEPARTMENT OF THE TREASURY, JENNIFER SHASKY CALVERY, AND THE FINANCIAL CRIMES ENFORCEMENT NETWORK

Defendants Jacob Lew, the U.S. Department of the Treasury, Jennifer Shasky Calvery, and the Financial Crimes Enforcement Network hereby move to dismiss the complaint pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6). The grounds for this motion are set forth in the attached memorandum.

Dated:  January 25, 2016

Respectfully submitted,

BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General

CHANNING PHILLIPS
United States Attorney

DIANE KELLEHER
Assistant Director

Case 1:15-cv-01641-JEB   Document 29   Filed 01/25/16   Page 2 of 2

2

  /s/ *Thomas D. Zimpleman*
THOMAS D. ZIMPLEMAN
ERIC BECKENHAUER
LYNN Y. LEE
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave. NW
Washington, DC  20530
Tel:  (202) 514-8095
Fax:  (202) 616-8470
E-mail:  Thomas.D.Zimpleman@usdoj.gov

*Counsel for Defendants*